# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)    www.flsb.uscourts.gov
_____2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:_LUIS AND MARIA SANTOS  CASE NO.:09-23465-LMI

Last Four Digits of SS#

 This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 300.00____ for months __1__ to _9_
      B.    $_780.77__ for months __10__ to _60_ ;
      C.    $_____ for months ____to ____; in order to pay the following creditors:

<u>Administrative:</u>  <u>Attorney's Fees and Costs</u>  - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling);  TOTAL PAID PRE-PETITION $ 1025.00
                      Motion to Reinstate  $525.000 (safe harbor)TOTAL FEES & COSTS $4300.00
                      Balance Due      $_3275__ payable $ 251.92 /month  (Months _1__ to _13_ )

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Name:                      Arrearage on Petition Date $_____.
Address:                Arrears Payment  $_____/month (Months _____ to _____)
                              Arrears Payment  $_____/month (Months _____ to _____)
Account No:           Regular Payment  $_____/month (Months _____ to _____)

Name:                      Arrearage on Petition Date $_____.
Address:                  Arrears Payment  $_____/month (Months _____ to _____)
                                Arrears Payment  $_____/month (Months _____ to _____)
Account No:           Regular Payment  $_____/month (Months _____ to _____)

Name:                      Arrearage on Petition Date $_____.
Address:                  Arrears Payment  $_____/month (Months _____ to _____)
                                Arrears Payment  $_____/month (Months _____ to _____)
Account No:           Regular Payment  $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Principle Balance | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | $ | % | $ | _____ To | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1._____    Total Due $
                            Payable  $_____/month (Months____ to ___) Regular Payment $

<u>Unsecured Creditors:</u> Pay $ 18.08____ /month  (Months___1___ to __9_).
                  Pay $ 450.78 /month (Months__10_ to ___13_
                  Pay $ 702.70 /month (Months___14 To __ 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

_____/s/_____  **FILED ECF**
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor    D.O.F:                 Date:4/20/10

LF-31(B) (for cases filed on or after 10/17/05)